IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE H. PAMER,

      Plaintiff,                        No. CIV S-07-2680 LKK DAD P

      vs.

A. SCHWARZENEGGER, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding pro se. Plaintiff has filed a motion for a temporary restraining order and/or preliminary injunction, alleging that defendants have denied him access to adequate medical care in violation of the Eighth Amendment. The Clerk's Office construed the motion as a complaint and opened this civil rights action. The court's own records reveal that in May 2007, plaintiff filed a complaint containing virtually identical allegations against the same defendants.[1] (No. Civ. S-07-1902 MCE CMK P).[2]

      Based on the allegations in plaintiff's motion, it appears that he intended to file the motion in his other case pending before this court but did not have that case number

---

[1] Initially, plaintiff filed his complaint in the Northern District. On September 10, 2007, the Northern District transferred the case to this court.

[2] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

available. For example, in the declaration accompanying plaintiff's motion, he refers to his complaint and reiterates the allegations therein. If this is the case, and if plaintiff desires the relief requested in his motion, plaintiff should file his motion in Case No. Civ. S-07-1902 MCE CMK P. In any event, due to the duplicative nature of the present action, the court will recommend that this case be dismissed.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
pame2680.23

2